■ In the Matter of BETTY KNOX, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, and ARTHUR VON GLAHN et al., Respondents.— In a proceeding to invalidate petitions designating respondents Von Glahn and Kiernan as candidates in the Democratic Party Primary Election to be held on June 17, 1969 for the Party position of County Committeeman for the 2d Election District of the 14th Assembly District, Nassau County, the appeal is from an order of the Supreme Court, Nassau County, entered June 6, 1969, which denied the application and dismissed the petition in the proceeding. Order affirmed, without costs. No opinion. Appellant is granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed.— Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

■ In the Matter of HERBERT J. MILLER, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and SAUL D. HERMAN et al., Respondents.— In a proceeding to invalidate petitions designating respondent Herman as a candidate in the Democratic Party Primary Election to be held on June 17, 1969 for nomination for the public office of Judge of the Civil Court of the City of New York, County of Queens, and for injunctive relief, the appeal is from an order of the Supreme Court, Queens County, entered June 6, 1969, which *inter alia* dismissed the proceeding. Order affirmed, without costs. No opinion. Appellant is granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.